Per Curiam.
 

 [¶ 1] Robert Beeter appeals from a district court judgment summarily dismissing his application for post-conviction relief. Beeter argues that the district court erred by concluding his application was barred by the statute of limitations. He contends the 2017 amendment to N.D.C.C. § 19-03.1-23(1)(a)(2) is a new interpretation of law and the district court should have retroactively applied it to his case.
 
 See
 
 N.D.C.C. § 29-32.1-01(3)(a)(3). We summarily affirm under N.D.R.App.P. 35.1(a)(7), concluding Beeter's application was time-barred.
 
 See
 

 State v. Iverson
 
 ,
 
 2006 ND 193
 
 , ¶¶ 6-8,
 
 721 N.W.2d 396
 
 (denying retroactive application of statute that became effective after final conviction).
 

 *887
 
 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jerod E. Tufte
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen